RECEIVED

MAY 1 3 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| KIRK CAIN | CIVIL ACTION NO.: 11-1630 |
| VERSUS | JUDGE DOHERTY |
| AXXIS DRILLING, INC., ET AL. | MAGISTRATE JUDGE HANNA |

## MEMORANDUM RULING

Currently pending before this Court is a Motion for Summary Judgment [Doc. 64], filed on behalf of Newfield Exploration Company ("Newfield").

By way of its motion, Newfield seeks a judgment "ordering Axxis Drilling, Inc. to assume defense and indemnity on behalf of Newfield Exploration Company for the claim filed by Kirk Cain." [Doc. 64-4] Axxis Drilling Inc. has not opposed the motion. Following a review of the motion, supporting memorandum, and exhibits attached thereto, the Court finds the unopposed motion appears to be well-founded in law and fact. Accordingly, Newfield's motion for summary judgment [Doc. 64] is hereby GRANTED, and Axxis Drilling, Inc. is hereby ORDERED to assume the defense and indemnity of Newfield Exploration Company for the claim asserted against Newfield by Kirk Cain.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 13 day of May, 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE